| | |
|---|---|
| 1 | Jason A. James (Bar No. 265129)<br>jjames@mmhllp.com |
| 2 | MESERVE, MUMPER & HUGHES LLP<br>1000 Wilshire Boulevard, Suite 1860 |
| 3 | Los Angeles, California 90017-2457<br>Telephone: (213) 620-0300 |
| 4 | Facsimile: (213) 625-1930 |
| 5 | Attorney for Defendant<br>THE PRUDENTIAL INSURANCE COMPANY OF |
| 6 | AMERICA |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NINA NEVAREZ, | ) | Case No. 3:23-cv-451-TLT |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND** |
| | ) | |
| vs. | ) | [PROPOSED] **ORDER** |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, | ) | Judge: Hon. Trina L. Thompson |
| | ) | |
| Defendant. | ) | Complaint Filed: January 31, 2023 |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between Plaintiff NINA NEVAREZ and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), et seq. of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED**.

///

///

///

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

180552.1

1

Case No. 3:23-cv-451-TLT
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: July 21, 2023 | Brian H. Kim |
| 2 | | James P. Keenley |
| | | BOLT KEENLEY KIM LLP |
| 3 | | |
| 4 | | By:  /s/ Brian H. Kim |
| 5 | | Brian H. Kim |
| | | Attorneys for Plaintiff |
| 6 | | NINA NEVAREZ |

Dated: July 21, 2023                Jason A. James
                                    MESERVE, MUMPER & HUGHES LLP

                                    By:  /s/ Jason A. James
                                    Jason A. James
                                    Attorney for Defendant
                                    THE PRUDENTIAL INSURANCE
                                    COMPANY OF AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**

180552.1

2

Case No.  3:23-cv-451-TLT
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

# [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2023

Hon. Trina L. Thompson
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180552.1

3

Case No. 3:23-cv-451-TLT
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER